NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PORFIRIO RIVERA, DOC# 721446,    )
                                 )
            Appellant,           )
                                 )
v.                               )     Case No. 2D17-3627
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
                                 )
_____  )

Opinion filed April 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Joseph C. Fuller, Jr., Judge.

Porfirio Rivera, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, MORRIS, and SALARIO, JJ., Concur.